UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TAYLOR J. CAIOLA              :        CIVIL ACTION NO:

V.                                   :

JOHN R. SADDLEMIRE       :        APRIL 26, 2012

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff in the above-captioned matter hereby requests the entry of a preliminary injunction prohibiting the Defendant from enforcing the expulsion from the University of Connecticut of the plaintiff, Taylor J. Caiola. Plaintiff requests that the preliminary injunction be issued to prevent immediate and further irreparable harm to plaintiff. Said harm is more fully discussed in the memorandum in support of this motion attached hereto.

The Plaintiff has given notice to Ralph Urban, Esq., of the Office of the State Attorney General's Office at the University of Connecticut, of the filing of the instant motion for preliminary injunction. See Certification of Counsel annexed hereto as **Exhibit A.**

Plaintiff also submits for the Court's consideration the Proposed Order to Show Cause, annexed hereto as **Exhibit B**.

WHEREFORE, plaintiff Taylor Caiola respectfully requests that this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, enter a preliminary injunction enjoining the Defendant as aforementioned.

**PLAINTIFF REQUESTS ORAL ARGUMENT ON THIS MOTION.**

PLAINTIFF, TAYLOR J. CAIOLA

By _____/s/_____
Morris R. Borea (ct06559)
Thomas A. Plotkin (ct27917)
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel:   860/549-1000
Fax:  860/724-3921

17406-1/IW0500