UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TAYLOR J. CAIOLA | : | CIVIL ACTION NO: 3:12-cv-00624-VLB |
| V. | : | |
| JOHN R. SADDLEMIRE, ALISA GELLER and JIM HINTZ | : | MAY 16, 2013 |

### JOINT STIPULATON FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the Plaintiff, Taylor J. Caiola, and the Defendants, John R. Saddlemire, Alisa Geller, and Jim Hintz, through their undersigned counsel, hereby stipulate that the above-captioned action be dismissed with prejudice.

Dated this day: May 16, 2013

Respectfully submitted,

ATTORNEYS FOR DEFENDANTS:

By: _____/s/_____
Ralph E. Urban (ct 00349)
Assistant Attorney General
University of Connecticut
343 Mansfield Road, Unit 2177
Storrs, CT 06269-2177
Tel: 860/486-4241
Fax: 860/486-4369

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:

_____/s/_____
Morris R. Borea (ct06559)
Thomas A. Plotkin (ct27917)
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
Tel: 860/549-1000
Fax: 860/724-3921

1

## CERTIFICATE OF SERVICE

    I, Thomas A. Plotkin, hereby certify that it is my understanding that the foregoing document will be served on all counsel of record via email through the Court's ECF filing system upon the electronic filing of this document with the Court on this the 16th day of May, 2013.

By     /s/
        Thomas Plotkin

JS9626

2

J48180